**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Darryl Thomas SHIELDS,
Defendant–Appellant.**

No. 16–6126

United States Court of Appeals,
Fourth Circuit.

Submitted: June 23, 2016

Decided: June 28, 2016

Darryl Thomas Shields, Appellant Pro Se.

Terry Michael Meinecke, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

Before MOTZ, KING, and WYNN,
Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Darryl Thomas Shields appeals the district court's order accepting the recommendation of the magistrate judge and denying Shields' Fed. R. Crim. P. 36 motion to correct a purported error in his presentence report. We have reviewed the record and discern no error in this ruling. Accordingly, we affirm the district court's order. See United States v. Shields, Nos. 1:05-cr-00254-TDS-1; 1:14-cv-00552-TDS-JEP (M.D.N.C. Dec. 15, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED